JEFFREY C. HALLAM (State Bar No. 161259)
E-Mail: *jhallam@sideman.com*
LOUIS P. FEUCHTBAUM (State Bar No. 219826)
E-Mail: *lfeuchtbaum@sideman.com*
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

Attorneys for Plaintiff
MAGPUL INDUSTRIES CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| MAGPUL INDUSTRIES CORP., | Case No. 3:19-cv-05834-SI |
| Plaintiff, | **STIPULATION FOR ENTRY OF A PERMANENT INJUNCTION; [~~PROPOSED~~] ORDER** |
| v. | |
| FRANK ROBERT PEREZ, an individual; and DOES 1-10, | Hon. Susan Illston |
| Defendants. | |

IT IS HEREBY stipulated and agreed by and between the Parties MAGPUL INDUSTRIES, CORP. ("Magpul") and defendant FRANK ROBERT PEREZ ("Perez"), to the filing of a consent order for permanent injunctive relief in the form proposed below. The Parties have entered into this Stipulation and are making this request in conjunction with their settlement of this action. By their signatures, below, counsel for Magpul and Perez indicate that they have fully reviewed this stipulation with their clients, that they have advised their clients regarding the effects of the requested permanent injunction, and that the each Magpul and Perez have asked their attorneys to sign this stipulation, indicating the individual party's intention to be bound by the terms of the requested permanent injunction.

## REQUESTED PERMANENT INJUNCTION

Upon entry of an Order by the Court, Defendant FRANK ROBERT PEREZ will be forever restrained from:

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711

a. manufacturing, importing, advertising, promoting, marketing, offering to sell, selling, distributing, or transferring any products bearing counterfeit Magpul trademarks;

b. using any other false designation of origin, false description or representation, or any other use of Magpul's name or marks, logo or trade dress, or counterfeit versions thereof, in a manner calculated to falsely advertise counterfeit products as being manufactured, distributed, sponsored, authorized, or endorsed by Magpul, or otherwise associated with Magpul in any way;

c. secreting, concealing, destroying, selling off, transferring, returning, or otherwise moving, storing, or disposing of any counterfeit Magpul product, other than by sending such counterfeit product to Magpul.

THEREFORE IS IT STIPULATED AND AGREED that the Court should enter an Order giving effect to the requested permanent injunction.

DATED: December 31, 2019        SIDEMAN & BANCROFT LLP


By:      /s/ *Louis P. Feuchtbaum*
         Louis P. Feuchtbaum
         Attorneys for Plaintiff
         MAGPUL INDUSTRIES CORP.


DATED: December 31, 2019        LO & LO, LLP


By:      /s/ *Kelvin J. Lo*
         Kelvin J. Lo
         Attorneys for Defendant
         FRANK ROBERT PEREZ


## **ATTESTATION OF CONSENT OBTAINED FROM SIGNATORIES**

Pursuant to L.R. 5-1(i), I hereby attest that I obtained the concurrence of all signatories on this document to file this document on their behalf with the Court. I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED: December 31, 2019


By:      /s/ *Louis P. Feuchtbaum*

## [~~PROPOSED~~] ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

DATED: ~~December~~ <span style="color:red">January 2, 2020</span>, 2019



_____
The Honorable Susan Illston
United States District Court Judge

LAW OFFICES
SIDEMAN & BANCROFT LLP
ONE EMBARCADERO CENTER, 22ND FLOOR
SAN FRANCISCO, CALIFORNIA 94111-3711